UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TERRY LEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:99-CV-459 |
| | ) | (Guyton) |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

The defendant Tennessee Valley Authority ("TVA") moves to supplement the summary judgment record with pages 125 and 126 of the Deposition of Ronald H. Rogers, which pages were cited in TVA's supporting brief but inadvertently omitted from TVA's filings. For good cause shown, TVA's Motion to Supplement Summary Judgment Record [Doc. 62] is **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

  s/ H. Bruce Guyton
United States Magistrate Judge