UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TERRY LEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:99-CV-459 |
| | ) | (Guyton) |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 46].

For the reasons set forth in the Memorandum Opinion filed simultaneously herewith, the defendant Tennessee Valley Authority's Motion for Summary Judgment Regarding Claims of Three Non-Overlapping Plaintiffs [Doc. 58] is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

          s/ H. Bruce Guyton          
United States Magistrate Judge