UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TERRY LEE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:99-CV-459 |
| ) | (Guyton) |
| TENNESSEE VALLEY AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This case came before the Court on June 6, 2006 for a status conference. On the subject of liquidated damages, the parties stated their agreement that liquidated damages was not an issue of dispute. With the agreement of the parties, the Court established the following schedule:

    1. On or before **June 28, 2006**, the defendant will review the plaintiffs' legal fee documentation, the parties will confer, and they will advise the Court whether any issues associated therewith need to be litigated; and

    2. On **August 4, 2006**, the Court will hold another status conference and hear a report from the parties regarding an agreed form of judgment in this matter.

**IT IS SO ORDERED.**

                      ENTER:

                                  s/ H. Bruce Guyton
                            United States Magistrate Judge