UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TERRY LEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:99-CV-459 |
| | ) | (Guyton) |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter came before the undersigned on November 13, 2006 for a status hearing. Participating on behalf of the plaintiffs was attorney Cecilia Petersen. Participating on behalf of the defendants was attorney John Slater.

The parties advised the Court that they are still in the process of gathering and comparing records reflecting the overtime hours worked by the plaintiffs. Upon agreement of the parties, it is hereby **ORDERED**:

1. TVA shall advise the plaintiffs on or before **November 21, 2006** of its position on these issues;

2. Plaintiffs shall advise TVA on or before **December 6, 2006** whether the parties have reached a final agreement, or whether mediation will be needed;

3. If mediation is needed, the parties shall proceed to mediation with one of the following mediators: Robert Murrian, Pamela Reeves or Howard Vogel; and

4. On **December 6, 2006**, the parties shall contact chambers and advise the Court as to the status.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge