UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TERRY LEE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:99-CV-459 |
| ) | (Guyton) |
| TENNESSEE VALLEY AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

The parties have filed Motions In Limine. Based on the entire record in this case, the Court finds and holds as follows, as announced to the parties in Court on January 4, 2007:

1. Plaintiffs' Motion In Limine [Doc. 104] is well taken and is **GRANTED;**

2. Plaintiffs' Third Motion In Limine [Doc. 105] is well taken and is **GRANTED**;

3. Defendant's Motion In Limine [Doc. 108] is not well taken and is **DENIED**; and

4. Defendant's Second Motion In Limine [Doc. 110] is not well taken and is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge